IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-101-KS

| | |
|---|---|
| CHERYL ANN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's unopposed Motion to Appear by Video Teleconference for the hearing scheduled on Tuesday, June 7, 2016, at 10:30 am, it is hereby

ORDERED that Defendant's Motion is GRANTED.

SO ORDERED this 26th day of May 2016.

_____
KIMBERLY A. SWANK
United States Magistrate Judge