UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CHERYL THOMAS, )
        Plaintiff, )
                ) **JUDGMENT**
    v. )
                ) Case No. 7:15-CV-101-KS
CAROLYN W. COLVIN, )
*Acting Commissioner of Social Security,* )
        Defendant. )

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that an award of fees under the EAJA in the amount of $6,500.00 be made payable to Plaintiff's attorney, provided that the Department of Treasury finds Plaintiff has no outstanding debt.

This judgment filed and entered on January 20, 2017, with *electronic service* upon:

**James Gillespie, Jr.**
*Counsel for Plaintiff*

**Mary Ellen Russell**
*Counsel for Defendant*

                               **JULIE R. JOHNSTON**
                               **CLERK, U.S. DISTRICT COURT**

January 20, 2017                     /s/ *Shelia D. Foell*
                               (By): Shelia D. Foell, Deputy Clerk